STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
1301 Clay Street, Room 200C
Oakland, CA 94612-5204
Telephone: (510) 637-3500

Counsel for Defendant ROBERT DOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 14-0092 JST (KAW) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER MODIFYING CONDITIONS |
| | ) | OF RELEASE |
| ROBERT THOMAS DOYLE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties to this action, that the conditions of release for defendant, Robert Thomas Doyle, may be modified to allow Mr. Doyle to leave the Geocare half-way house facility with prior clearance from his United States Pretrial Services officer for the following reasons: (1) on Sunday, April 20, 2014 for a total of six hours so that he can go to church and spend time with his family on Easter; (2) to attend the funeral of a cousin once the date and times have been determined; (3) to take care of legal matters, including those relating to the Department of Motor Vehicles and reinstating his license; and (4) to take care of medical issues, including submitting paperwork to various organizations related to obtaining medical service.

United States Pretrial Services Officer Gelareh Farahmand is in agreement with the proposed modifications. All other conditions of release shall remain the same.

*U.S. v Doyle*, CR 14-0092 JST (KW)
Order RE: Modify Terms of Release

Date:   4/16/14                    _____/s/_____
                                   JOYCE LEAVITT
                                   Assistant Federal Public Defender


Date:   4/16/14                    _____/s/_____
                                   THOMAS MOORE
                                   Assistant United States Attorney


I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for defendant, Robert Thomas Doyle, are modified to allow Mr. Doyle to leave the Geocare half-way house facility with prior clearance from his United States Pretrial Services officer for the following reasons: (1) on Sunday, April 20, 2014 for a total of six hours so that he can go to church and spend time with his family on Easter; (2) to attend the funeral of a cousin once the date and times have been determined; (3) to take care of legal matters, including those relating to the Department of Motor Vehicles and reinstating his license; and (4) to take care of medical issues, including submitting paperwork to various organizations related to obtaining medical service.

All other conditions of release shall remain the same.

IT IS SO ORDERED.

Date: April  17 , 2013                    _____
                                          KANDIS A. WESTMORE
                                          United States Magistrate Judge

*U.S. v Doyle*, CR 14-0092 JST (KW)
Order RE: Modify Terms of Release