STEVEN KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant ROBERT DOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 14 - 0092 JST |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | DATE; EXCLUSION OF TIME |
| | ) | |
| ROBERT THOMAS DOYLE, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date for defendant Robert Doyle, currently scheduled for June 6, 2014, at 9:30 a.m., may be continued to July 11, 2014, at 9:30 a.m. for status.  Defense counsel is still investigating and needs additional time for effective preparation for the next court date.

IT IS FURTHER STIPULATED THAT the time to July 11, 2014, should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for effective preparation taking into consideration due diligence to enable counsel to complete investigations in preparation for the next court appearance.

DATED: 6/4/14                          _____
                                       /s/
                                       JOYCE LEAVITT
                                       Assistant Federal Public Defender

DATED: 6/4/14                          _____
                                       /s/
                                       THOMAS MOORE
                                       Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the court date for Robert Doyle, scheduled for June 6, 2014, is continued to July 11, at 9:30 a.m. for status.

IT IS FURTHER ORDERED THAT the time from June 6, 2014, to July 11, 2014, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for effective preparation of counsel taking into consideration due diligence to enable counsel to complete investigations in preparation for the next court appearance. The Court finds there is good cause and the ends of justice served by the granting of the continuance outweigh the interests of the public and defendant in a speedy and public trial.  Failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: June 5, 2014

_____
JON S. TIGAR
United States District Judge

IT IS SO ORDERED

Judge Jon S. Tigar

*U S v. Doyle* CR 14-0092 JST; Stip re:
Status Date; Exclusion of Time                          - 2 -