1  STEVEN KALAR
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant ROBERT DOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 14 - 0092 JST (KAW) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | DATE RE CONDITIONS OF |
| | ) | RELEASE |
| ROBERT THOMAS DOYLE, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date for defendant Robert Doyle regarding his conditions of release, currently scheduled for Monday, June 2, 2014, at 9:30 a.m., may be continued three weeks to Monday, June 23, 2014, at 9:30 a.m. for status regarding release conditions. The reason for the request is that defense counsel is unavailable on June 2, 2014. In addition, defense counsel has spoken with the pretrial services officer who believes that continuing the matter by a few weeks would enable Mr. Doyle to continue working on matters he is currently addressing, such as taking care of some traffic matters, to be in a better position to expand upon his present conditions of release.

DATED: 5/29/14                    /s/
                                  JOYCE LEAVITT
                                  Assistant Federal Public Defender

DATED: 5/29/14                    /s/
                                  THOMAS MOORE
                                  Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date for Robert Doyle regarding his conditions of release, currently scheduled for Monday, June 2, 2014, at 9:30 a.m., may be continued three weeks to Monday, June 23, 2014, at 9:30 a.m. for status regarding release conditions.

SO ORDERED.

DATED: 5/30/14                    _____Kandis Westmore_____
                                  MAGISTRATE KANDIS WESTMORE
                                  United States Magistrate Judge