STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Telephone:  (510) 637-3500
Email: joyce_leavitt@fd.org

Counsel for Defendant ROBERT DOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 14-0092 JST (KW) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER MODIFYING CONDITIONS |
| | ) | OF RELEASE |
| ROBERT THOMAS DOYLE, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between the parties to this action, that the conditions of release for defendant, Robert Thomas Doyle may be modified with the approval of pretrial services to allow Mr. Doyle to leave the Geocare half-way house facility on Sunday, June 15, 2014, for a total of ten hours so that he can spend time with his family on Father's Day.

   United States Pretrial Services Officer Gelareh Farahmand is in agreement with the proposed modifications.  All other conditions of release shall remain the same.

//

//

*U.S. v Doyle*, CR 14-0092 JST (KW)
Order RE: Modify Terms of Release

Date:   6/11/14                  _____/s/_____
                                 JOYCE LEAVITT
                                 Assistant Federal Public Defender


Date:   6/11/14                  _____/s/_____
                                 THOMAS MOORE
                                 Assistant United States Attorney


I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for defendant, Robert Thomas Doyle, are modified to allow Mr. Doyle with the approval of pretrial services to leave the Geocare half-way house facility on Sunday, June 15, 2014, for a total of ten hours so that he can spend time with his family on Father's Day.

All other conditions of release shall remain the same.

IT IS SO ORDERED.

Date: June  12 , 2014                          _____
                                               KANDIS A. WESTMORE
                                               United States Magistrate Judge

*U.S. v Doyle*, CR 14-0092 JST (KW)
Order RE: Modify Terms of Release