STEVEN KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant ROBERT DOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 14 - 0092 JST (KAW) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | DATE RE CONDITIONS OF |
| | ) | RELEASE |
| ROBERT THOMAS DOYLE, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date for defendant Robert Doyle regarding his conditions of release, currently scheduled for Monday, June 23, 2014, at 9:30 a.m., may be continued to Thursday, July 10, at 9:30 a.m. for status regarding release conditions. The reason for the request is that defense counsel is unavailable on Monday June 23, 2014, at 9:30 a.m. because an evidentiary hearing was set in another case on that date and time.

The first date available to all parties after June 23, 2014 is July 10, 2014 at 9:30 a.m.

/ /

/ /

*U S v. Doyle* CR 14-0092 JST; Stip re:
Status Date re Conditions of Release         - 1 -

DATED: 6/19/14

/s/ Joyce Leavitt  
JOYCE LEAVITT  
Assistant Federal Public Defender

DATED: 6/19/14

/s/ Thomas Moore  
THOMAS MOORE  
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date for Robert Doyle regarding his conditions of release, currently scheduled for Monday, June 23, 2014, at 9:30 a.m., may be continued to Thursday, July 10, 2014, at 9:30 a.m. for status regarding release conditions.

SO ORDERED.

DATED: 6/20/14

_____  
MAGISTRATE KANDIS WESTMORE  
United States Magistrate Judge