| | |
|---|---|
| 1 | STEVEN G. KALAR |
|   | Federal Public Defender |
| 2 | JOYCE LEAVITT |
|   | Assistant Federal Public Defender |
| 3 | 1301 Clay Street, Room 200C |
|   | Oakland, CA 94612-5204 |
| 4 | Telephone:  (510) 637-3500 |
| 5 | Counsel for Defendant ROBERT DOYLE |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 14-0092 JST (KW) |
| | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER MODIFYING CONDITIONS |
| ROBERT THOMAS DOYLE, | ) | OF RELEASE |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS HEREBY STIPULATED by and between the parties to this action, that the conditions of release for defendant, Robert Thomas Doyle, may be modified to allow Mr. Doyle to leave the Geocare half-way house facility with prior clearance from his United States Pretrial Services officer for the following reason: Friday, July 4, 2014 is Independence Day and Mr. Doyle would like to spend time with his family for a total of ten hours on that day.

   United States Pretrial Services Officer Gelareh Farahmand is in agreement with the proposed modification.  All other conditions of release shall remain the same.

Date:  June 26, 2014                          _____/s/_____
                                              JOYCE LEAVITT
                                              Assistant Federal Public Defender

*U.S. v Doyle*, CR 14-0092 JST (KW)
Order RE: Modify Terms of Release

Date:   June 27, 2014                             _____/s/_____
                                                  THOMAS MOORE
                                                  Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for defendant, Robert Thomas Doyle, are modified to allow Mr. Doyle to leave the Geocare half-way house facility with prior clearance from his United States Pretrial Services officer to spend time with his family on the Friday, July 4th, 2014 for a total of ten hours.

All other conditions of release shall remain the same.

IT IS SO ORDERED.

Date:  June  30 , 2014                            _____
                                                  KANDIS A. WESTMORE
                                                  United States Magistrate Judge

*U.S. v Doyle*, CR 14-0092 JST (KW)
Order RE: Modify Terms of Release