STEVEN KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant ROBERT DOYLE

**FILED**

SEP 17 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT THOMAS DOYLE, <br><br> Defendant. | No. CR 14 - 0092 JST <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA DATE; EXCLUSION OF TIME |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date for defendant Robert Doyle, currently scheduled for September 19, 2014, at 9:30 a.m., may be continued one week to September 26, 2014, at 9:30 a.m. for change of plea. The case will resolve by change of plea but defense counsel needs a brief continuance to meet with Mr. Doyle, respond to his questions and finalize the terms of the plea agreement prior to the change of plea date.

IT IS FURTHER STIPULATED THAT the time to September 26, 2014, should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for effective preparation taking into consideration due diligence to enable counsel to meet with Mr. Doyle, respond to his questions and finalize the plea agreement prior to the change of plea.

*U S v. Doyle* CR 14-0092 JST; Stip re:
Change of plea date; Exclusion of Time           - 1 -

DATED: 9/16/14

/s/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 9/16/14

/s/
THOMAS MOORE
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date for defendant Robert Doyle, currently scheduled for September 19, 2014, at 9:30 a.m., may be continued one week to September 26, 2014, at 9:30 a.m. for change of plea.

IT IS FURTHER ORDERED THAT the time from September 19, 2014, to September 26, 2014, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for effective preparation of counsel taking into consideration due diligence to enable defense counsel to meet with Mr. Doyle, respond to all of his questions and finalize the terms of the plea agreement prior to the change of plea date. The Court finds there is good cause and the ends of justice served by the granting of the continuance outweigh the interests of the public and defendant in a speedy and public trial. Failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 9/17/14

HON. JON S. TIGAR
United States District Judge