STEVEN KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant ROBERT DOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 14 -0092 JST |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA DATE; EXCLUSION OF TIME |
| | ) | |
| ROBERT THOMAS DOYLE, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date for defendant Robert Doyle, currently scheduled for February 6, 2015 at 9:30 a.m., may be continued one week to February 13, 2015, at 9:30 a.m. for change of plea.  The reason for the request is that defense counsel will be out of the country and unavailable on February 6, 2015.  February 13, 2015, is the next available date to all parties

IT IS FURTHER STIPULATED THAT the time to February 13, 2015, should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for continuity of counsel and effective preparation taking into consideration due diligence to enable defense counsel to be present at the change of plea and also for the parties to review discovery and agree upon a

U S v. Doyle CR 14-0092 JST; Stip re:
Change of plea date; Exclusion of Time         - 1 -

resolution prior to the change of plea date.

DATED: 1/26/15  \_\_\_\_/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 1/26/15  \_\_\_\_/s/_____
THOMAS MOORE
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date for Robert Doyle, may be continued one week to February 13, 2015, at 9:30 a.m. for change of plea.

IT IS FURTHER ORDERED THAT the time to February 13, 2015, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for continuity of counsel and effective preparation of counsel taking into consideration due diligence to enable the defense to be present for the change of plea, and for the parties to review discovery and agree upon a resolution prior to the change of plea date.  The Court finds there is good cause and that the ends of justice served by the granting of the continuance outweigh the interests of the public and defendant in a speedy and public trial.  Failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:  January 27, 2015  _____
HON. JON S. TIGAR
United States District Judge